■ In the Matter of HERMAN CHASIN, Admitted as HERMAN S. CHASIN, an Attorney.—Motion to extend effective date of suspension granted, and suspension extended until January 15, 1993. Concur—Murphy, P. J., Milonas, Rosenberger, Kassal and Rubin, JJ.

(December 22, 1992)

■ NORTH STAR CONTRACTING CORP., Appellant, v NEW YORK CITY TRANSIT AUTHORITY et al., Respondents.—Order, Supreme Court, New York County (Leland DeGrasse, J.), entered on June 19, 1991, unanimously affirmed for the reasons stated by DeGrasse, J., without costs and without disbursements. No opinion. Concur—Murphy, P. J., Carro, Rosenberger, Asch and Kassal, JJ.